SEYFARTH SHAW LLP
Kamili W. Dawson (SBN 193264)
kdawson@seyfarth.com
Andrew M. McNaught (SBN 209093)
amcnaught@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
UNITED AIR LINES, INC.

MCCORMAC & ASSOCIATES
James R. Grant (SBN 254855)
jgrant@mccormaclaw.com
655 Montgomery St., Ste 1200
San Francisco, California 94111
Telephone: (415) 399-1722
Facsimile: (415) 399-1733

Attorneys for Plaintiff
YVONNE WHITE

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| YVONNE WHITE, | Case No. CV10-0968 CRB |
|---|---|
| Plaintiff, | **STIPULATED REQUEST FOR CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| v. | |
| UNITED AIR LINES, INC., and DOES 1 to 10, inclusive | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff YVONNE WHITE and Defendant UNITED AIRLINES, INC. through their respective counsel of record, that the parties request that the Court continue the further case management conference currently on calendar for Friday November 5, 2010 at 8:30 a.m.

The parties have an ENE/mediation set for November 17, 2010 through the Court's ADR program with Elaine Leitner, Esq. In light of that, the parties jointly request that the Court

1

1  continue the further case management conference set for Friday November 5, 2010 at 8:30 a.m.
2  to December 17, 2010 at 8:30 a.m.

3

4

5

6  DATED: November 4, 2010.                    SEYFARTH SHAW LLP

7

8                                               _____/S/_____
9                                               Kamili W. Dawson
                                                Andrew M. McNaught
10
                                                Attorneys for Defendant
11                                              UNITED AIR LINES, INC.

12

13  DATED: November 4, 2010.                    MCCORMAC & ASSOCIATES

14

15                                              _____/S/_____
16                                              James R. Grant

17                                              Attorneys For Plaintiff
                                                YVONNE WHITE
18

19

20

21                              **ORDER**

22  IT IS SO ORDERED.

23

24

25  DATED:  November 4, 2010

26                                              _____
                                                Judge Charles R. Breyer
27

28

2

Stipulated Request for Continuance of CMC and Proposed Order/Case No. CV10-0968 CRB